**PACIFIC RIVERS COUNCIL,**
Plaintiff–Appellant,

v.

**UNITED STATES FOREST SERVICE; Mark Rey, in his official capacity as Under Secretary of Agriculture; Dale Bosworth, in his capacity as Chief of the United States Forest Service; Jack Blackwell, in his official capacity as Regional Forester, Region 5, United States Forest Service, Defendants–Appellees,** ·

and

**California Forestry Association; American Forest & Paper Association; Quincy Library Group; Plumas County; California Ski Industry Association, Defendant–intervenors–Appellees.**

No. 08–17565.

United States Court of Appeals, Ninth Circuit.

July 29, 2013.

Brian Gaffney, Esquire, Lippe Gaffney Wagner, San Francisco, CA, Babak Naficy, Law Offices of Babak Naficy, San Luis Obispo, CA, for Plaintiff–Appellant.

Cynthia S. Huber, Esquire, Joan M. Pepin, Jennifer Scheller Neumann, U.S. Department of Justice, Washington, DC, Barclay T. Samford, Esquire, U.S. Department of Justice, Denver, CO, David Taylor Shelledy, Assistant U.S., Office of the U.S. Attorney, Sacramento, CA, for Defendants–Appellees.

J. Michael Klise, Esquire, Thomas Richard Lundquist, Counsel, Crowell & Moring LLP, Washington, DC, Steven P. Rice, Esquire, Crowell & Moring LLP, Irvine, CA, Michael B. Jackson, Quincy, CA, for Defendant–intervenors–Appellees.

Before: STEPHEN REINHARDT, WILLIAM A. FLETCHER, and N. RANDY SMITH, Circuit Judges.

**ORDER**

Pursuant to the June 17, 2013, order of the Supreme Court, we remand this case to the United States District Court for the Eastern District of California with instructions to dismiss the case as moot in its entirety.